# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FIDEL SALCEDO PARRA,** | : | **CIVIL ACTION** |
| *Petitioner*, | : | |
| | : | **NO. 26-1559** |
| **v.** | : | |
| | : | |
| **MICHAEL ROSE, in his official** | : | |
| **capacity as ICE Field Office Director,** | : | |
| ***et al.***, | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW**, this 12ᵗʰ day of March 2026, upon consideration of Petitioner Fidel Salcedo Parra's, ("Petitioner"), *verified petition for writ of habeas corpus*, ("Petition"), (ECF 1, 2), it is hereby **ORDERED** that:

1. The Clerk of Court shall forward a copy electronically of the Petition, (ECF 1, 2), this Order, and the Clerk's office acceptance of service form to the Chief, Civil Division, at the Philadelphia United States Attorney's Office;

2. Respondents shall formally file, by **March 16, 2026**, an expedited response to the Petition, along with its exhibits, copies of all relevant documents, and an index of exhibits.  The answer shall provide the statutory authority for Petitioner's detainment, *see* 28 U.S.C. § 2243, the related legal analysis, and record evidence supporting the asserted statutory basis for the detention.  The response shall also address whether a bond hearing is required;

3. Respondents are to serve Petitioner's counsel with a certified response;

4. Respondents ***shall not*** move or remove Petitioner outside of City of Philadelphia or the Philadelphia Federal Detention Center during the pendency of this matter.  Any such movement of Petitioner will be deemed a violation of this Order; and

5. Any request by the parties to modify this Order shall be made by motion.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*